UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BELGICA RIVERA PERALTA,

                Plaintiff,

-v-

LA MORENA RESTAURANT CORP., et al.,

                Defendants.

CIVIL ACTION NO. 25 Civ. 3396 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This case was referred for general pretrial supervision. (ECF No. 6). The deadline for Defendant La Morena Restaurant Corp. to respond to the Complaint was May 22, 2025. (ECF No. 7). The deadline for Defendants Ronald Rodriguez Perez and Virgen Isabel Perez De Rodriguez to respond to the Complaint was June 2, 2025. (ECF Nos. 8; 9). Defendants have not responded to the Complaint.

As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for Defendants to respond to the Complaint up to and including **June 6, 2025**.

If Defendants fail to timely comply, on or before **June 11, 2025**, Plaintiff shall initiate default judgment proceedings against Defendants. Plaintiff is referred the Honorable Vernon S. Broderick's Individual Rules & Practices in Civil Cases.

Dated:      New York, New York
              June 3, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**