UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BELGICA RIVERA PERALTA,

                    Plaintiff,

      -v-

LA MORENA RESTAURANT CORP., et al.,

                    Defendants.

CIVIL ACTION NO. 25 Civ. 3396 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court previously granted a sua sponte extension of time for Defendants to respond to the Complaint up to and including June 6, 2025.  (ECF No. 10).  If Defendants failed to comply, Plaintiff was directed to initiate default judgment proceedings by June 11, 2025. (Id.) Defendants have not responded to the Complaint or otherwise appeared in this case, and Plaintiff has not initiated default judgment proceedings or requested an extension of time.

As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for Plaintiff to initiate default judgment proceedings against Defendants up to and including **June 18, 2025**.  Continued failure to comply will result in a report and recommendation to the Honorable Vernon S. Broderick recommending dismissal of this action for failure to prosecute.

Dated:     New York, New York
            June 13, 2025

                            SO ORDERED.

                            SARAH L. CAVE
                            **United States Magistrate Judge**