UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BELGICA RIVERA PERALTA,

               Plaintiff,

-v-

LA MORENA RESTAURANT CORP., et al.,

               Defendants.

CIVIL ACTION NO. 25 Civ. 3396 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff requests an extension of time to initiate default judgment proceedings against the existing Defendants because she seeks to amend the Complaint to add new Defendants. (ECF No. 12). Plaintiff's requests are **GRANTED**.

The deadline for Plaintiff to initiate default judgment proceedings against the existing Defendants is **HELD IN ABEYANCE**. On or before **July 16, 2025**, Plaintiff may file a motion for leave to amend the Complaint under Federal Rule of Civil Procedure 15(a)(2). (See ECF No. 12 at 2).

The Clerk of Court is respectfully directed to close ECF No. 12.

Dated:     New York, New York
            June 23, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**