UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BELGICA RIVERA PERALTA,

                Plaintiff,

-v-

LA MORENA RESTAURANT CORP., et al.,

                Defendants.

CIVIL ACTION NO. 25 Civ. 3396 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

      Pursuant to the Court's Order at Dkt. No. 17, Plaintiff Belgica Rivera Peralta ("Ms. Peralta") was required to serve the amended complaint (Dkt. No. 18 (the "Amended Complaint")) on La Morena Restaurant Corp. (the "La Morena"), Ronald Rodriguez Perez ("Mr. Perez"), and Virgen Isabel Perez de Rodriguez ("Ms. Perez de Rodriguez") (collectively, the "Original Defendants") as well as both a summons and the Amended Complaint on Juan Ramos Peralta ("Mr. Ramos Peralta") and Sabor de Mi Abuela Mar y Tierra Restaurant II Corp. ("Sabor") (collectively, the "New Defendants", together with the Original Defendants, the "Defendants") by August 29, 2025. (Dkt. No. 17).

      In accordance with Dkt. No. 17, on August 18, 2025, Ms. Peralta served the Amended Complaint on La Morena (Dkt. No. 25) as well as a summons and the Amended Complaint on Sabor (Dkt. No. 27), making La Morena and Sabor's deadline to answer, move, or otherwise respond to the Amended Complaint September 8, 2025. See Fed. R. Civ. P. 12(a)(1)(A)(i). On August 20, 2025, Ms. Peralta served Mr. Ramos Peralta with a summons and Amended Complaint (Dkt. No. 24), making Mr. Ramos Peralta's deadline to answer, move, or otherwise respond to

the Amended Complaint September 10, 2025.  See Fed. R. Civ. P. 12(a)(1)(A)(i).  Finally, on August 27, 2025, Ms. Peralta served the Amended Complaint on Mr. Perez (Dkt. No. 28) and Ms. Perez de Rodriguez (Dkt. No. 26), making Mr. Perez and Ms. Perez de Rodriguez's deadline to answer, move, or otherwise respond to the Amended Complaint September 17, 2025.  See Fed. R. Civ. P. 12(a)(1)(A)(i).  To date, none of the Defendants have answered, moved, or otherwise responded to the Amended Complaint.

As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for all Defendants to answer, move, or otherwise respond to the Amended Complaint up to and including **October 2, 2025**.

The Defendants are warned that failure to answer, move, or otherwise respond to the Amended Complaint by **October 2, 2025** may result in the Court permitting Ms. Peralta to initiate default proceedings against Defendants.

Dated:   New York, New York
         September 18, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**