UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BELGICA RIVERA PERALTA,

                        Plaintiff,

-v-

LA MORENA RESTAURANT CORP., et al.,

                        Defendants.

CIVIL ACTION NO. 25 Civ. 3396 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 29, Defendants La Morena Restaurant Corp., Ronald Rodriguez Perez, Virgen Isabel Perez de Rodriguez, Juan Ramos Peralta, and Sabor de Mi Abuela Mar y Tierra Restaurant II Corp. (together, the "Defendants") were required to answer, move, or otherwise respond to the amended complaint (Dkt. No. 18 (the "Amended Complaint")) by October 2, 2025.  (See Dkt. No. 29 at 2).  To date, none of the Defendants have answered, moved, or otherwise responded to the Amended Complaint, despite the Court's warning to Defendants that the Court may permit Plaintiff Belgica Rivera Peralta ("Ms. Peralta") to initiate default proceedings against Defendants if they did not respond to the Amended Complaint by October 2, 2025.  (See Dkt. No. 29).

Ms. Peralta is hereby **ORDERED** to request a Certificate of Default against Defendants from the Clerk of Court by **October 17, 2025** and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Vernon S. Broderick, Rule 55 of the

Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **October 31, 2025**

Dated:     New York, New York
              October 3, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**