UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BELGICA RIVERA PERALTA,

                Plaintiff,

-v-

LA MORENA RESTAURANT CORP., et al.,

                Defendants.

CIVIL ACTION NO. 25 Civ. 3396 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 30, Plaintiff Belgica Rivera Peralta ("Ms. Peralta") was required to request Certificates of Default (the "CoDs") from the Clerk of Court against Defendants La Morena Restaurant Corp., Ronald Rodriguez Perez, Virgen Isabel Perez de Rodriguez, Juan Ramos Peralta, and Sabor de Mi Abuela Mar y Tierra Restaurant II Corp. (together, the "Defendants") by October 17, 2025 and to file a motion for default judgment (the "Motion") by October 31, 2025. (Dkt. No. 30). Ms. Peralta requested and obtained the CoDs from the Clerk of Court. (Dkt. Nos. 31–34; 36–40; 42–43). To date, however, Ms. Peralta has not filed the Motion. As a one-time courtesy, the Court sua sponte **EXTENDS** Ms. Peralta's deadline to file the Motion to **November 18, 2025**. Ms. Peralta is warned that failure to file the Motion by **November 18, 2025** may result in the Court dismissing this action for failure to prosecute.

Dated:    New York, New York
            November 4, 2025

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**