Case 1:25-cv-03396-VSB-SLC    Document 46    Filed 11/17/25    Page 1 of 2



4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

| ATTORNEYS | | PARALEGALS |
|---|---|---|
| JUSTIN M. REILLY, ESQ.<br>KEITH E. WILLIAMS, ESQ.<br>VICTORIA SPAGNOLO, ESQ. | | ROSA COLLINS<br>CATALINA ROMAN |

**Via: SDNY ECF**

Honorable Judge Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

November 16, 2025

> Plaintiff's request at Dkt. No. 45 is **GRANTED**. Plaintiff's deadline to file her motion for default judgment against Defendants is **EXTENDED** up to and including **December 9, 2025**.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 45.
>
> SO ORDERED.    November 17, 2025
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

Re:  *Rivera Peralta v. La Morena Restaurant Corp., et al.*; 25-cv-03396 (VSB)(SLC)

Dear Hon. Judge Cave,

My office represents Plaintiff in the above-referenced FLSA action. Kindly accept this letter motion as Plaintiff's request for an extension of time to file her Motion for Default Judgment against Defendants. The current deadline to file such motion is November 18, 2025. This is Plaintiff's first such request.

On October 17, 2025, Plaintiff filed proposed Certificates of Default for all Defendants, and on October 20, 2025, the Clerk entered Defendants' Default. On November 4, 2025, the Court *sua sponte* extended Plaintiff's deadline to file a Motion for Default Judgment against Defendants to November 18, 2025.

Plaintiff respectfully requests additional time to file her Motion for Default Judgment. The reason for this request is because Plaintiff's counsel is still in the process of gathering information and documents and confirming details with her client to submit in support of her motion. Accordingly, Plaintiff requests an extension of time, from November 18, 2025 to December 9, 2025, to file the Motion for Default Judgment against Defendants.

Plaintiff remains available should the Court have any questions. Thank you for your time and attention to this request.

Respectfully submitted,

Victoria Spagnolo, Esq.

PHONE: 516.228.5100    FAX: 516.228.5106    INFO@NHGLAW.COM
WWW.NHGLAW.COM    WWW.NEWYORKOVERTIMELAW.COM

cc:  Ronald Rodriguez Perez
210 E 181st Street, Apt. 3G
Bronx, New York 10457

Virgen Isabel Perez de Rodriguez
210 E 181st Street, Apt. 3G
Bronx, New York 10457

La Morena Restaurant Corp.
935 E 163rd St.
Bronx, NY 10459

Sabor De Mi Abuela Mar y Tierra Restaurant II Corp.,
935 E 163rd St.
Bronx, NY 10459

Juan Ramos Peralta
935 E 163rd St.
Bronx, NY 10459