UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
                    :

BELGICA RIVERA PERALTA,         :

                    :

        Plaintiff,     :           25-CV-3396 (VSB)

                    :

      - against -     :

                    :      **DEFAULT JUDGMENT**

LA MORENA RESTAURANT CORP.,  :

SABOR DE MI ABUELA MAR Y TIERRA  :

RESTAURANT II CORP., RONALD   :

RODRIGUEZ PEREZ, VIRGEN ISABEL  :

PEREZ DE RODRIGUEZ, and JUAN   :

RAMOS PERALTA,           :

                    :

        Defendants.  :

                    :

---------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      In accordance with my comments at the Order to Show Cause hearing on January 12,

2026, it is hereby:

      ORDERED that default judgment as to liability is entered in favor of Plaintiff and against

all Defendants.  This case will be referred to Magistrate Judge Cave for an inquest on damages.

SO ORDERED.

Dated:    January 12, 2026
         New York, New York

                                _____

                                VERNON S. BRODERICK
                                United States District Judge