UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BELGICA RIVERA PERALTA,<br><br>                  Plaintiff,<br><br>-v-<br><br>LA MORENA RESTAURANT CORP., et al.,<br><br>                  Defendants. | CIVIL ACTION NO. 25 Civ. 3396 (VSB) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On January 12, 2026, the Honorable Vernon S. Broderick's ordered that default judgment as to liability is entered in favor of Plaintiff Belgica Rivera Peralta ("Plaintiff") and against Defendants La Morena Restaurant Corp., Ronald Rodriguez Perez, Virgen Isabel Perez De Rodriguez, Sabor De Mi Abuela Mar Y Tierra Restaurant II Corp., and Juan Ramos Peralta (together, "Defendants"), (Dkt. No. 52), and referred this case to the undersigned to conduct an inquest on damages and issue a report and recommendation.  (Dkt. No. 53). Accordingly, is hereby **ORDERED** that:

1.  Plaintiff has submitted a memorandum of law, supporting declarations from Plaintiff and Plaintiff's counsel, and exhibits in support of her motion for default judgment.  (Dkt. No. 47–49 (the "Damages Submission")).

2.  Defendants shall submit their response to Plaintiff's Damages Submission, if any, no later than **January 26, 2026**.  IF DEFENDANTS (1) FAIL TO RESPOND TO PLAINTIFF'S DAMAGES SUBMISSION, OR (2) FAIL

TO CONTACT MY CHAMBERS BY **JANUARY 26, 2026** AND REQUEST AN IN-COURT HEARING, I INTEND TO ISSUE A REPORT AND RECOMMENDATION CONCERNING DAMAGES BASED ON PLAINTIFF'S DAMAGES SUBMISSIONS ALONE WITHOUT AN IN-COURT HEARING. See Transatlantic Marine Claims Agency, Inc. v. Ace Shipping Corp., 109 F.3d 105, 111 (2d Cir. 1997) ("'[I]t [is] not necessary for the District Court to hold a hearing, as long as it ensured that there was a basis for the damages specified in a default judgment.'" (quoting Fustok v. ContiCommodity Servs. Inc., 873 F.2d 38, 40 (2d Cir. 1989))).

Plaintiff is directed to serve the Damages Submission and this Order on Defendants and file proof of service on the docket by no later than **January 19, 2026**.

Dated:    New York, New York
          January 13, 2026

                              SO ORDERED.

                              _____
                              **SARAH L. CAVE**
                              **United States Magistrate Judge**

2