**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

BELGICA RIVERA PERALTA,

Plaintiff,

-against-

LA MORENA RESTAURANT CORP., et al.,

Defendants.

-----------------------------------------------------------------X

25 **CIVIL** 3396 (VSB) (SLC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 23, 2026, the Court ADOPTS the Report and Recommendation in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
November 25, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**